UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSIE BADGER and CHRISTOPHER WILLIAMS, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>GTY-PACIFIC LEASING, LLC,<br><br>        Defendant. | Case No. 2:17-cv-01134-RCM<br><br>**FILED ELECTRONICALLY** |

## STIPULATION OF DISMISSAL

Plaintiffs, Josie Badger and Christopher Williams, and Defendant, GTY-Pacific Leasing, LLC, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby stipulate that:

1. This action shall be DISMISSED, with prejudice as between Josie Badger, Christopher Williams and GTY-Pacific Leasing, LLC;

2. No motion for class certification has been filed and no class has been certified in this action; therefore, class notice and court approval of this dismissal are not required under the Federal Rules; and

3. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Respectfully Submitted,

| | |
|---|---|
| */s/ Benjamin J. Sweet* | */s/ Michael W. Skojec* |
| Benjamin J. Sweet | Michael W. Skojec |
| Carlson Lynch Sweet Kilpela | Ballard Spahr LLP |
| & Carpenter, LLP | 300 East Lombard Street, 18th Floor |
| 1133 Penn Ave., 5th Floor | Baltimore, MD 21202-3268 |
| Pittsburgh, PA 15222 | Phone: (410) 528-5541 |
| Phone: (412) 322-9243 | skojecm@ballardspahr.com |
| bsweet@carlsonlynch.com | |
| | *Counsel for Defendant* |
| *Counsel for Plaintiffs* | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's electronic filing system on February 7, 2018.

<em>/s/ Benjamin J. Sweet</em>_____